FILED 12 MAR '20 16:54 USDC-ORP

**UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:20-cr-00099-IM |
| v. | INDICTMENT |
| ROBERT LOREN FINANDERS, | 18 U.S.C. § 1029(a)(2) <br> 18 U.S.C. § 1029(a)(4) |
| Defendant. | 18 U.S.C. § 1028A <br> 18 U.S.C. § 922(g)(1) |
| | Forfeiture Allegation |
| | <u>UNDER SEAL</u> |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
**(Unauthorized Access Device Fraud)**
**(18 U.S.C. §§ 1029(a)(2), (c)(1)(a)(i))**

Beginning in or about March 2019 and continuing through on or about January 22, 2020, in the District of Oregon, defendant **ROBERT LOREN FINANDERS**, knowingly and with intent to defraud, trafficked in and used one or more unauthorized access devices during that one-year period and by such conduct obtained items of value aggregating $1,000 or more during that period, which affected interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2) and (c)(1)(a)(i).

## COUNT 2
### (Illegal Possession of Device-Making Equipment)
### (18 U.S.C. §§ 1029(a)(4), (c)(1)(a)(ii))

On or about January 22, 2020, in the District of Oregon and elsewhere, defendant **ROBERT LOREN FINANDERS**, knowingly and with intent to defraud, produced, trafficked in, had control and custody of, and possessed device-making equipment, as defined in subsection (e)(6), including a credit card embosser, which affected interstate commerce in that defendant and others used said device-making equipment to make access devices without authorization.

In violation of Title 18, United States Code, Sections 1029(a)(4) and (c)(1)(a)(ii).

## COUNTS 3-8
### (Aggravated Identity Theft)
### (18 U.S.C. § 1028A)

On or about the dates and in the manner set forth below, in the District of Oregon, defendant **ROBERT LOREN FINANDERS**, did unlawfully, knowingly, and intentionally transfer, possess, and use, without lawful authority, a means of identification of another, knowing that the means of identification belonged to a real person, during and in relation to felony violations of provisions contained in Chapter 47 of Title 18, to wit: Access Device Fraud, as set forth in particular below:

| **Count** | **Date** | **Means of Identification** | **Felony Violations (Underlying Count)** |
|---|---|---|---|
| 3 | April to May 2019 | Account Number Belonging to ADULT VICTIM 1 | 18 U.S.C. § 1029(a)(2) (Count 1) |
| 4 | April to June 2019 | Account Number Belonging to ADULT VICTIM 2 | 18 U.S.C. § 1029(a)(2) (Count 1) |
| 5 | July 7, 2019 | Account Number Belonging to ADULT VICTIM 3 | 18 U.S.C. § 1029(a)(2) (Count 1) |
| 6 | October 19, 2019 | Account Number Belonging to ADULT VICTIM 4 | 18 U.S.C. § 1029(a)(2) (Count 1) |

| Count | Date | Means of Identification | Felony Violations (Underlying Count) |
|---|---|---|---|
| 7 | October 19, 2019 | Account Number Belonging to ADULT VICTIM 5 | 18 U.S.C. § 1029(a)(2) (Count 1) |
| 8 | November 25, 2019 | Account Number Belonging to ADULT VICTIM 6 | 18 U.S.C. § 1029(a)(2) (Count 1) |

All in violation of Title 18, United States Code, Section 1028A.

## COUNT 9
### (Felon in Possession of a Firearm)
### (18 U.S.C. § 922(g)(1))

On or about January 22, 2020, in the District of Oregon, defendant **ROBERT LOREN FINANDERS**, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, specifically:

(1) Unlawful Delivery of Marijuana for Consideration, in violation of O.R.S. 475.860(2), in Case Number 061035882, in the Circuit Court for the State of Oregon for the County of Multnomah;

did knowingly and unlawfully possess the following firearms:

(1) Smith & Wesson revolver, model Airweight with serial number DDZ1042;

(2) Kimber pistol, model ProCDP II, .45 caliber with serial number KR245421; and

(3) Mossberg rifle, model MMR, 5.56 caliber with serial number MMR34738A;

which firearms had previously been shipped or transported in interstate or foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

/ / /

/ / /

/ / /

## FIRST FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant **ROBERT LOREN FINANDERS** shall forfeit to the United States, pursuant to 18 U.S.C. § 1029(c)(1)(C), any personal property used or intended to be used to commit the offense, and, pursuant to 18 U.S.C. § 982(a)(2)(B), any property constituting, or derived from, proceeds the defendant obtained directly or indirectly, as the result of the offense, including but not limited to a sum of money equal to the amount of proceeds obtained as a result of the offense in the form of a money judgment.

## SECOND FORFEITURE ALLEGATION

Upon conviction of Count Nine of this Indictment, defendant **ROBERT LOREN FINANDERS** shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461, all firearms, ammunition and accessories involved in or used in the commission of the offense.

Dated: March 12, 2020                          A TRUE BILL.

                                               OFFICIATING FOREPERSON

Presented by:

BILLY J. WILLIAMS
United States Attorney

WILLIAM M. NARUS, CAB #243633
QUINN P. HARRINGTON, OSB #083544
Assistant United States Attorneys